**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Archibald,<br><br>        Plaintiff,<br><br>  v.<br><br>Oakland Housing Authority et al.,<br><br>        Defendant.<br>_____ / | No. C06-05477 MJJ<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE** |

Pending before the Court is Plaintiff Brian Archibald's ("Plaintiff") Ex Parte Motion to Reschedule Case Management Conference Date. After consideration of the pleadings, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: February 12, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE